No. 4.—BULLOCH, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant.

[1.] A continuance will not be granted in the Supreme Court, for the absence of counsel, where the original counsel are before the Court.

WARD, for plaintiff in error, moved to continue this cause, on the ground of the sickness of R. M. Charlton, Esq. evidenced by

Bulloch *vs.* The State of Georgia.

the following certificate: "I hereby certify that in consequence of the injurious effects of repeated attacks of sickness on the health of Robert M. Charlton, Esq. I have been compelled, as his medical adviser, to recommend an entire abstraction from all professional duty; particularly, attendance on the last May Term of the Superior Court at Savannah, as well as the Supreme Court to be held at Hawkinsville on Monday, 16th inst. And it is in accordance with my advice also, that Robert M. Charlton, Esq. has sought a restoration of his health, by travelling for a season at the North." Signed "P. M. KOLLOCK, M. D."

Messrs. CHARLTON and WARD, were the original counsel for plaintiff in error.

LAW, *contra.*

*By the Court.*—WARNER, J.

The motion for a continuance of this cause must be overruled. The plaintiff in error is represented before this Court by one of his original counsel in the Court below, who is entirely competent to do both him and his cause entire justice, in our opinion. Motion for continuance refused.